# United States District Court

WESTERN DISTRICT OF WASHINGTON

DOUGLAS FRYE                          JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE                CASE NUMBER: C03-5156RJB

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Attorney fees in the amount of $9,266.25 are awarded to Plaintiff's attorney pursuant to 42 U.S.C. sec 406(b). The Commissioner is directed to subtract the amount previously awarded under the EAJA, and send to Plaintiff's attorney $3,723.60, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

April 17, 2007                                   BRUCE RIFKIN
                                                          Clerk

                                                          s/ Dara L. Kaleel
                                                          By Dara L. Kaleel, Deputy Clerk